AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DANIEL CARL GUTHRIE | ) Case No. 1:26-cr-00029 | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

REC'D USMS-D/ND
2026 FEB 11 14:24

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Daniel Carl GUTHRIE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Employing or Using a Minor to Possess with Intent to Distribute Controlled Substances
Providing and Distributing a Controlled Substance to a Minor
Aiding and Abetting

Date:    02/11/2026

/s/ Carla Schultz
*Issuing officer's signature*

City and state:    Bismarck, North Dakota

Carla Schultz, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 2/11/26, and the person was arrested on *(date)* 3/2/26
at *(city and state)* Billings, MT

Date: 3/4/26

M Thyne for FBI
*Arresting officer's signature*

*Printed name and title*